Peter R. Afrasiabi (Bar No. 19336)
pafrasiabi@onellp.com
Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
William J. O'Brien (Bar No. 99526)
wobrien@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, California 92660
Telephone: (949) 502-2860
Facsimile: (949) 258-5081

Attorneys for Plaintiff and Counter-Defendant,
Digital CBT LLC

Timothy S. Durst *(admitted pro hac vice)*
Samir A. Bhavsar *(admitted pro hac vice)*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 800
Dallas, TX 75201-2980
Telephone: 214.953.6500
Facsimile: 214.953.6600

Attorneys for Defendant and Counterclaimant
AT&T SERVICES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DIGITAL CBT LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC., et al.<br><br>      Defendant. | Case No.: 2:12-cv-06421-CJC-JPR<br>**STIPULATED FINAL JUDGMENT**<br><br>The Honorable Cormac J. Carney<br>United States District Court Judge |

Pursuant to the Court's December 3, 2013 Order Granting Defendant's Motion for Partial Summary Judgment and Denying Plaintiff's Motion for Summary Judgment (the "Order") and the Stipulation for Entry of Final Judgment (the "Stipulation") between Plaintiff and Counter-Defendant, Digital CBT LLC ("Digital CBT"), and Defendant and Counterclaimant, AT&T Services, Inc. ("AT&T"), the Court directs entry of final judgment as follows:

1. The Court grants final judgment of non-infringement of each and every claim of U.S. Patent No. 5,805.173 in favor of AT&T.

2. The Court dismisses without prejudice any counterclaims and affirmative defenses raised by AT&T as to which the Court has not granted summary judgment. These claims and defenses shall be reinstated in the event that an appeal of this judgment results in a reversal of this Court's decision with respect to noninfringement.

3. This is a final judgment that resolves all claims between all parties.

4. This judgment and the Stipulation are without any waiver of, or prejudice to, Digital CBT or AT&T's rights to challenge the Order on appeal and to appeal this judgment on any ground relating to the Order.

5. The Court retains jurisdiction to hear any motion or application for costs and/or attorneys' fees pursuant to Local Rules 54-1, *et seq.* and any other applicable statute or rule.

IT IS SO ORDERED.

Dated: 3/13/14

UNITED STATE DISTRICT JUDGE
CORMAC J. CARNEY